the Civil Aeronautics Board, as *amicus curiae,* supporting the petition. *Frederick W. P. Lorenzen* and *Philip Schleit* for State Airlines, Inc., petitioner in No. 158 and respondent in Nos. 157 and 159. *Charles H. Murchison* for Piedmont Aviation, Inc., petitioner in No. 159 and respondent in No. 158.

No. 178. BRYAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Alston Cockrell* and *Carl J. Batter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *Andrew F. Oehmann* for the United States.

No. 200. AFFOLDER *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. C. A. 8th Cir. Certiorari granted. *Mark D. Eagleton* and *Wm. H. Allen* for petitioner. *Lon Hocker, Jr.* for respondent.

No. 217. UNITED STATES *v.* ALPERS. C. A. 9th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *A. J. Zirpoli* for respondent.

No. 230. SWIFT & COMPANY PACKERS ET AL. *v.* COMPANIA COLOMBIANA DEL CARIBE, S. A. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch* for petitioners. *George C. Sprague* for respondent.

No. 271. ALCOA STEAMSHIP Co., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Melville J. France* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade*

for the United States. Briefs of *amici curiae* supporting the petition were filed by *L. de Grove Potter* for the Waterman Steamship Corp., and *Harold S. Deming* for the Stockard Steamship Corp.

No. 50, Misc.  HUBSCH *v.* UNITED STATES; and

No. 51, Misc.  SCHWEITZER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari granted.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Morris Berick* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

*Certiorari Denied.*   (*See also supra, Nos. 138 and 238 and Misc. Nos. 29 and 56.*)

No. 52.  ALESNA ET AL. *v.* RICE, U. S. CIRCUIT COURT JUDGE, ET AL.  C. A. 9th Cir.  Certiorari denied. *Herbert Resner* for petitioners. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Rhoda V. Lewis,* Assistant Attorney General, *Michiro Watanabe,* Deputy Attorney General, and *Thomas W. Flynn* for respondents.

No. 64.  BREEDING MOTOR FREIGHT LINES, INC. *v.* RECONSTRUCTION FINANCE CORP. ET AL.;

No. 65.  BREEDING MOTOR COACHES, INC. *v.* RECONSTRUCTION FINANCE CORP. ET AL.; and

Nos. 66 and 67.  BREEDING ET AL., DOING BUSINESS AS BREEDING MOTOR COACHES, ET AL. *v.* RECONSTRUCTION FINANCE CORP.  C. A. 10th Cir.  Certiorari denied. *John B. Dudley* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Joseph Kovner* for the Reconstruction Finance Corporation, respondent.